**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FARMONTAE DAYONN TAYLOR, | No. CV07-3025-R(CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: Sept. 29, 2011

Manuel L. Real
United States District Judge