# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARMONTAE DAYONN TAYLOR, | ) | No. CV 07-3025-R(CW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| ANTHONY HEDGPETH, Warden, | ) ) | |
| Respondent. | ) ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   Sept. 29, 2011

_____
Manuel L. Real
United States District Judge